UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff, __
Government X

v. Case No. 8:09-Cr-585-T-24TBM

JOHN MORGAN, ET AL.

___ Evidentiary
___ Trial
X Other - Suppression Hearing

Defendant __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | | | | Excerpts from Legal Handbook for Special Agents |
| 2 | | | | Sri Lanka Document, August 13, 2009 |
| 3 | | | | Complaint Affidavit, August 24, 2009 |
| 4 | | | | Email dated September 8, 2010 from G. Ekanayake re: Sri Lanka policy on jailer's inspection of personal letters |
| 5 | | | | Dept of Homeland Security, Receipt for Property, December 11, 2009, signed by John Morgan |
| 6 | | | | Investigative Case Management Form, dated January 12, 2010 |
| 7 | | | | FBI Consent to Search Form, dated January 14, 2010, signed by Marian Morgan and Attorney William Nortman |
| 8 | | | | Toshiba Laptop Computer, QTP001, with hard drive, QTP001_1 |
| 9A | | | | Material from Toshiba Laptop hard drive–printout of user files index |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 9B | | | | Skype chat between Marian Morgan and "cornerstone 369," dated June 29, 2009 to July 14, 2009 |
| 9C | | | | Letter from the UPS Store to Marian Morgan, dated June 10, 2009 |
| 9D | | | | Yahoo email from Marian Morgan to S. Ediriweera and Abdul Sattar, dated August 5, 2009 |
| 9E | | | | MYRM Holdings LLC "Client Summary", initialed by MM and signed by Marian Morgan on July 20, 2009 |
| 10 | | | | DVD, QTP 001_2, found inside Hitachi Laptop, Exhibit 8, QTP 001 |
| 10A | | | | MYRM Holdings LLC Client Summary, initialed by MM and signed by Marian Morgan on July 1, 2009 |
| 11 | | | | Hitachi 80.0 GB hard drive, inoperable, QTP002 |
| 11A | | | | Printout of user files index from QTP 002 |
| 11B | | | | Skype Chat between jsmorgan105 and arcadiafinancial, dated March 15-16, 2009 |
| 11C | | | | Yahoo email exchange between Marian Morgan and Lisa Snyder re wiring instructions, dated May 24, 2008 |
| 11D | | | | "From the desk of Marian Morgan" memorandum dated December 11, 2008 re: Heckscher's access to her bank accounts |
| 12 | | | | Western Digital 160 GB external USB hard drive, QTP003 |
| 12A | | | | Printout of User files index |
| 12B | | | | MYRM Holdings LLC Corporate Invoice and Agreement, dated January 14, 2009, with attached documents, some signed by Marian Morgan |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 12C | | | | "From the desk of Marian Morgan", memo to Danske Bank from Marian Morgan re Money Talks, APS |
| 12D | | | | Letter to Marian Morgan from Tassilo Obrist, Hilton Zurich Airport, dated June 12, 2008 |
| 12E | | | | "From the desk of Marian Morgan" memo re: Cargo in Hamburg, signed by Marian Morgan |
| 12F | | | | "From the desk of Marian Morgan" memo re: history of funds for deposit, dated June 17, 2008, signed by Marian Morgan |
| 13 | | | | Nokia 1201-2 cell phone, QTP 005 |
| 14 | | | | Sony Ericsson K750i cell phone, QTP 006, and SanDisk memory stick inside phone, QTP 006_2 |
| 14A | | | | Text messages from Sony Ericsson phone from Marian |
| 14B | | | | Photo of John Morgan on SanDisk Memory Stick |
| 15 | | | | HTC 8125 Wizard Cellular Phone, QTP007 |
| 15A | | | | Text messages from HTC cell phone |
| 16 | | | | Blackberry 8310 Curve Cell Phone,QTP008 |
| 16A | | | | Contact from Blackberry Cell Phone for John Morgan, johnmorgan2005@yahoo.com |
| 16B | | | | Photo of John Morgan |
| 17 | | | | Apple iphone cellphone, with AT&T sim card, QTP009 and QTP 009_1 |
| 17A | | | | Text messages from iphone, dated August 13, 2009, from Marian |
| 18 | | | | CV, SA Keith Arndt |